CAROLINE KARLE, Defendant in Error, *vs.* R. G. BADEAUX
*et al.* Plaintiffs in Error.

*Opinion filed October 26, 1912.*

APPEALS AND ERRORS—*when a freehold is not involved.* A free-
hold is not involved in a proceeding to set aside an execution sale
and certificate of purchase issued thereon, even though it is claimed
the premises were the homestead of the complainant and that the
sheriff did not proceed according to law in making the sale.

WRIT OF ERROR to the Superior Court of Cook county;
the Hon. FARLIN Q. BALL, Judge, presiding.

This was a bill in chancery filed by the defendant in er-
ror in the superior court of Cook county, against the plain-
tiffs in error, to set aside an execution sale, and a certificate
of purchase issued thereon, by the sheriff of Cook county
of certain premises occupied by the defendant in error, on
the ground that the said premises were her homestead, and
that the sheriff, in making the levy and sale of said prem-
ises under said execution, had not proceeded according to
law. An answer and replication were filed and a decree
was entered in accordance with the prayer of the bill, and
the plaintiffs in error have sued out this writ of error to
review said decree. No deed had been made by the sheriff,
and the right of homestead in the premises was denied.

JAMES N. TILTON, for plaintiffs in error.

Per CURIAM: It is apparent from the foregoing state-
ment of facts that no freehold is involved upon this record
and that this court is without jurisdiction to hear and de-
termine this cause. *Galbraith* v. *Plasters,* 101 Ill. 444;
*Johns* v. *Boyd,* 117 id. 339; *Blackman* v. *Preston Bros.*
119 id. 240; *Herdman* v. *Cooper,* 125 id. 359; *Wilkinson*
v. *Gage,* 133 id. 137; *Kronenberger* v. *Heinemann,* 190 id.
17; *Charleston State Bank* v. *Brooks,* 197 id. 388.

The cause will be transferred to the Appellate Court for the First District, and the clerk of this court will transmit the record and files in the case to the clerk of that court according to the statute.          *Cause transferred.*